**Criminal Appeals Court**     **In the Matter of CASE # WR-75,351-02**
201 E 14th St, Austin, TX 78701

SECOND: Petition for Writ of Habeas Corpus
This Court has Jurisdiction to hear this petition pursuant to The Federal Constitution and Art 5 Section 5 (c), Art 1 Sec. 12, 13, 15, 18, 19, 27 and 29 Texas Constitution and has the duty to do so.

This petition is brought before this court for just cause and crime against me and denial of my right to liberty and travel, including Fraud, False imprison, Armed Kidnapping, using false and bogus citations 5949, 5960 and 08907 still pending in Grand Saline Texas Corporation administrative Court without Jurisdiction criminal conversion of true name into a corporate legal person, denial of a 7th amendment trial, denying me the right to travel on the public road in the State Of Texas. Policy enforcement officer Burns claiming I had to have a Drivers license before I can travel on the public road that runs through the Corp city of Grand Saline of the "the State of Texas" has make two false arrest the present one was on may 2nd 2015 he took me to the Sheriff's commercial Jail and placed me in prison with out arrest authority or jurisdiction with the only jurisdiction of officers of corporations which is not me.

Policy enforce officer Burns stopped me again on May 2, 2015 while I was traveling on U.S. Highway 80 in Grand Saline and claimed he had two warrants for my arrest for failure to appear. I told him he did not have any lawful warrants for my arrest he ignored me. I told him that I did appear and I had witnesses. He put me in irons and took me to jail the alleged warrants order him to take me before the Grand Saline administrative judge. He had no order to take me and place me in jail. I ask him has he look at the evidence in the court record showing there were no such license in "the State of Texas" as a drivers license in "the State of Texas" and the speed signs were for commercial drivers hauling people and goods for hire. He ignored that also. It is evident that Burns is using his office for highway robbery with the aid of the officers of the city court and the city counsel and mayor to bring in funds for the city. It is also evident no fair trial can be had in the city court. The last thing Burns said to me at the jail was that he was going to arrest me every time I come to his town for not having a driver's license.

I could go on with this petition and bore the court telling it something it knows. Instead I petition the court to issue this writ and put a permanent restraining order on all the agents of the corporate city of Grand Saline, Texas from violating my rights and denying due process. Also I petition this court to revoke all licenses of all parties that are a party to this matter and award any other restitution the court deem fair and just.
Case law in support of this petition.

## In the Matter of CASE # WR-75,351-02 Corporations STATE OF TEXAS and UNITED STATES AND UNITED STATES OF AMERICA

### NOTICE AND WARNING
NO CORPORATE JURISDICTION OVER THE NATURAL MAN

This Grand Saline Court or its agents lack jurisdiction of Ralph-Kenneth a man any of his property or his ministry.

Supreme Court of the United States 1795, "Inasmuch as every government

1

is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and **the contracts between them**." S.C.R. 1795, (3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54),

JUSTICE DELAYED IS JUSTICE DENIED.

This 15th day of July 2015

*Ralph~Kennéth: family of Grans* Non-resident     Seal:
A man not a corporate legal person or capital letter "corporate, artificial person" legal fiction.
Mail location: 171 private Road 5710
        Hold for Ralph-Kenneth
        Grand Saline, Texas (near 75140)

                    Certificate of Service

This petition for Writ of Habeas Corpus and Documents mark 1, 2, 3, 4, 5, 6, previously sent mailed to **Criminal Appeals Court** 201 E 14th St, Austin, TX 78701 by certified mail with return receipt requested this 4th day of May 2015.
This second petition sent By me, this 15th day of July 2015

Mark *Ralph~Kennéth: family of Grans*   Seal:
        A man not a "corporate, artificial person"

Copy to: Dan Flynn the State of Texas representative.

2